IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-01806-EWN-BNB

THOMAS DANFORD,

Plaintiff,

v.

MICHELLE DeHERRERA , and
CORRECTIONS CORPORATION OF AMERICA,

Defendants.

_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **November 1, 2005**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated October 18, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge