IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01806-EWN-BNB

THOMAS DANFORD,

      Plaintiff,

v.

MICHELLE DeHERRERA and
CORRECTIONS CORPORATION OF AMERICA,

      Defendants.

_____

## ORDER GRANTING JOINT STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE
_____

This matter having come before the Court on the parties' Joint Stipulated Motion for Dismissal with Prejudice, and the Court having reviewed the Motion and being fully advised in the premises,

HEREBY ORDERS that the Motion is granted. Plaintiff's claims against Defendants Corrections Corporation of America, and Michelle DeHerrera, are hereby dismissed, with prejudice, with each party to pay their own fees and costs.

Dated this 7th day of November, 2005.

                                          s/ Edward W. Nottingham
                                          Edward W. Nottingham
                                          UNITED STATES DISTRICT JUDGE